IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONE HARRIS                                                                                              PLAINTIFF

V.                                         CASE NO. 13-CV-6052

THE CITY OF HOT SPRINGS, *et al.*                                                            DEFENDANTS

## ORDER

Before the Court is a Motion to Non-Suit filed by Plaintiff. ECF No. 46. Plaintiff moves the Court to dismiss this action without prejudice. Defendants have filed responses to the motion and do no object to the dismissal. ECF Nos. 47 and 48. Pursuant to Fed. R. Civ. P. 41(a)(2), the Motion to Dismiss is **GRANTED**. Plaintiff's claims against all remaining Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 6th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge